UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS ET AL.,
                  Plaintiffs,        21-cv-9880 (JGK)

      - against -                      ORDER

LITTLE COTTAGE COMPANY,
                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 15, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           March 14, 2022

                                          John G. Koeltl
                                    United States District Judge