UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS ET AL.,
                Plaintiffs,

- against -

LITTLE COTTAGE COMPANY,
                Defendants.

---

21-cv-9880 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant has been served. At the defendant's request, the time to respond to the complaint was extended to March 14, 2022.

The time to respond to the complaint is further extended to **April 5, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

SO ORDERED.
Dated:    New York, New York
           March 21, 2022

                                            John G. Koeltl
                                     United States District Judge